William P. ZANDER, Plaintiff–Appellant,

v.

KNIGHT TRANSPORTATION, INC.; Glen Palmer, Jason Jones, Shawn Bell, Kevin Prewitt, Michael Hitchcock, David Shobe, individually and as employees of Knight Transportation, Inc., Defendants–Appellees.

No. 16-3018

United States Court of Appeals, Tenth Circuit.

FILED April 18, 2017

William P. Zander, Pro se.

James C. Sullivan, Brian J. Zickefoose, Polsinelli, Kansas City, MO, for Defendants–Appellees.

Before MATHESON, McKAY, and O'BRIEN, Circuit Judges.

## ORDER AND JUDGMENT *

Terrence L. O'Brien Circuit Judge

William P. Zander has filed this frivolous pro se appeal challenging the district court's dismissal of his employment action and imposition of $1,000.00 in attorney's fees as a sanction for his noncompliance with discovery orders. The original discovery deadline was November 22, 2013, but via misconduct and dilatory tactics, Mr. Zander delayed the date of his deposition until May 27, 2015. On that date, he still failed to appear, despite multiple judicial directives to submit to a deposition, a previous sanction of $500.00, and repeated warnings that noncompliance with discovery could result in dismissal. Consequently, a magistrate judge issued a report evaluating the *Ehrenhaus* factors [1] and recommending the case be dismissed with prejudice and attorney's fees of $1,000.00 be imposed for Mr. Zander's noncompliance. *See* Fed. R. Civ. P. 37(b)(2)(A)(v), (d)(3). On de novo review, the district court entered an order adopting the recommendation in its entirety.

Mr. Zander has now filed an incomprehensible brief on appeal, which is attached to this order and judgment. He indicates "the courts rigged everything," and his "printer broke so [he] know[s] the corruption of the court." Aplt. Br. at 1. He also says someone perpetrated a fraud on the court, and he concludes with vague political and race-based remarks. We afford these pro se comments a liberal construction, but Mr. Zander has forfeited appellate review by failing to articulate any coherent argument supported by adequate legal authority. *See Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840-41 (10th Cir. 2005); *see also Bronson v. Swensen*, 500 F.3d 1099, 1104 (10th Cir. 2007) ("[W]e routinely have declined to consider arguments that are not raised, or are inadequately presented, in an appellant's opening brief."). Therefore, the district court's judgment is affirmed.

### Attachment

\* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

1. *See Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992).

534

*[handwritten: FRAUD ON THE COURT PNO 60 B°]*

*[handwritten: PLAIWT SENC CERTIFIED MAIL ASKNG TO USR HIS EMAIL]*

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

*[handwritten: ZANAXA]*

Plaintiff/Petitioner - Appellant,

v.

*[handwritten: KNIGHS TRANSPORTATION]*

Defendant/Respondent - Appellee.

Case No. 16-3018

Appellant's Opening Brief

*[handwritten: THE COURS RIGGED FEVERYTHING]*

### NOTICE AND INSTRUCTIONS

If you proceed on appeal pro se, the court will accept a properly completed Form A-12 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. If you need more space, additional pages may be attached. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a review of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

*[handwritten: PLAINSIFF SENT THE COURT CERTIFIED MAIL HIS WZANDERO EMAIL.COM PLAINTIFF PRINTER BROKE SO I KNOW THE CORRUTION OF THE COURT SO THIS IS ALL I CAN TELL I DO ANSWER BACK]*

**APPELLANT/PETITIONER'S OPENING BRIEF**

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.)

FRAUD ON THE COURT AND RULE 60'B

1000% DIRECT PROOF

AGAINST AMS LAW JUDGE & INVESTIGATOR OF SA

2. **Statement of Facts Relevant to the Issues Presented for Review.**

CRORAL RULE 60B AND FRAUD ON THE COURT

EX PARTE COMMUNICATION WITH THE

JUDGE. NE KNEW ABOUT THE

CRIME PLAINTIFF HAS ALL THE

DOCUMENT'S TO PROVE IS

RUSNFELT, RIGGED SANCTION

TO COVER UP CRIMES

536

## APPELLANT/PETITIONER'S OPENING BRIEF

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.)

FRAUD ON THE COURT AND RULE 60'E
RIGGED OHSD AND DEFENDANTS
ARE NABITUAL LIARS

2. **Statement of Facts Relevant to the Issues Presented for Review.**

EX PARTE COMMUNICATION WITH THE
JUDGE. WE KNEW ABOUT THE
CRIME PLAINTIFF HAS ALL THE
DOCUMENT'S TO PROVE 15

1000°% DIRECT

FILING COMPLAINT AGAINST
THREE JUDGES RUSHFIELT
ROGERS URATIL JUDISCAL

3. **Statement of Issues.**

 a. **First Issue:**

 *HEALT CARE PLAN DESTROYED BAD COBRA LETTER*

 *FRAUD RICO OSHA INVESTIGATION*

 **Argument and Authorities:**

 *DIRECT EVIDENCE THEIR HATRED FOR OBAMAS BLACK SKIN*

 b. **Second Issue:**

 *ERISA PLANS DESTROYED*

 **Argument and Authorities:**

 *ERISA FRAUD HATRED FOR OBAMA BLACK SKIN*

 *DIRECT EVIDENCE*

 *THREATEN PLAINTIFF WITH ARREST FOR REPORTING CRIME AND DISCRIMINATION AND CORRUPTION*

**538**

3. Statement of Issues.

 a. First Issue:

 *FRAUD RULE | OSHA INVESTIGATION*

 Argument and Authorities:

 *DIRECT EVIDENCE*
 *UNITED STATES VS YATES*

 b. Second Issue:

 *ERISA PLANS DESTROYED*

 Argument and Authorities:

 *ERISA FRAUD*
 *DIRECT EVIDENCE*

4. Do you think the district court applied the wrong law? If so, what law do you want applied?

YES FRAUD

5. Did the district court incorrectly decide the facts? If so, what facts?

EK PARTE COMMUNICATION

6. Did the district court fail to consider important grounds for relief? If so, what grounds?

YES. FRAUD - DIRECT EVIDENCE

7. Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?

FRAUD DIRECT EVIDENCE

8. What action do you want this court to take in your case?

OVERTURN THIS AND LEC AMS JUDGR NANDWK OSHA

9. Do you think the court should hear oral argument in this case? If so, why?

YES FRAUD AND SPOIL ACTION ACANS PRESIDENS OBAMA

03/27/15
Date

Signature

540

## CERTIFICATE OF SERVICE

I hereby certify that on ~~03/2?~~/~~16~~ I served a copy of (date)

the Appellant/Petitioner's Opening Brief to _____

_____, at _____
(Opposing Party or Attorney)

_____, the last known address/email

address, by ___MAIL___. _EMAIL, COM_
(state method of service)

_03/2?/16._ _Signature_
Date Signature

---

## CERTIFICATE OF COMPLIANCE

I certify that the total number of pages I am submitting as my Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the total number of pages exceeds 30, I certify that I have counted the number of words and the total is _____, which is less than 14,000. I understand that if my Appellant/Petitioner's Opening Brief exceeds 14,000 words, my brief may be stricken and the appeal dismissed.

_02/27/16_ _Signature_
Date Signature

## CERTIFICATE OF SERVICE

I hereby certify that on ~~02/03~~/ ~~28~~ /16 I served a copy of
*(date)*

the Appellant/Petitioner's Opening Brief to _10 to CISSCWC_

_POSTWELL_ , at _DEN/TC MO_
*(Opposing Party or Attorney)*

_____, the last known address/email

address, by _MAILED_ .
*(state method of service)*

03/27/16 _William P Zimm_
Date Signature

_PLAINT NAS 1ERDUD AND GO BIS_
 *FED*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of pages I am submitting as my
Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the
total number of pages exceeds 30, I certify that I have counted the number of
words and the total is _____, which is less than 14,000. I understand
that if my Appellant/Petitioner's Opening Brief exceeds 14,000 words, my brief
may be stricken and the appeal dismissed.

02/27/16 _William P Zimm_
Date Signature